JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The NOCO Company,<br><br>Defendant. | Case No.: ED CV 24-1295-JFW(SPx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CLAIMS** |

    Plaintiff Darren Kawai and Defendant The NOCO Company (collectively, the "Parties") submitted a Stipulated Dismissal of Claims.

    The Court, having read and considered the Parties' Stipulated Dismissal of Claims, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

Dated: December 20, 2024

                                                  Hon. John F. Walter
                                                  U.S. District Judge